# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed.

**C 03-02201 MMC**     **Ross v. Barnhart**

**C 05-02229 BZ**      **Hall v. Barnhart**

# ORDER

As the judge assigned to the earliest filed case above that bears my initials, I find that the more recently filed case is NOT related to the case assigned to me.

Dated: July 25, 2005          /s/ Maxine M. Chesney
                              United States District Judge