IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG A. HALL, ) | |
| Plaintiff, ) | CIVIL No.: C 05-02229 BZ |
| vs. ) | STIPULATION AND ORDER EXTENDING |
| JO ANNE B. BARNHART, ) | TIME TO FILE PLAINTIFF'S |
| Commissioner of Social Security, ) | MOTION FOR SUMMARY JUDGMENT |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Hall may have an extension of 15 days in which to file his motion for summary judgment post his receiving the transcript of the administrative proceedings on September 2, 2005. Plaintiff's response is due on October 14, 2005 pursuant to Civil L.R. 16-5.

/

/

/

/

/

HALL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-02229 BZ

Dated: September 28, 2005

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: September 29, 2005

___Signed /Sara Winslow_____
SARA WINSLOW
ASSISTANT U.S. Attorney
 And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29 , 2005

_____
BERNARD ZIMMERMAN
United States District Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG A. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: C 05-02229 BZ<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Hall may have an extension of 15 days in which to file his motion for summary judgment post his receiving the transcript of the administrative proceedings on September 2, 2005. Plaintiff's response is due on October 14, 2005 pursuant to Civil L.R. 16-5.

/

/

/

/

/

/

HALL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-02229 BZ

Dated: September 28, 2005

Signed /Ian M. Sammis
IAN M. SAMMIS
Attorney for Plaintiff

Dated: September 29, 2005

Signed /Sara Winslow
SARA WINSLOW
ASSISTANT U.S. Attorney
And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2005

BERNARD ZIMMERMAN
United States District Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

HALL, EXT. FILE MOTION FOR SUMMARY JUDGMENT
C 05-02229 BZ