```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DOUG A. HALL, | ) |
|---|---|
| Plaintiff, | ) CIVIL NO. 05-02229 BZ |
| v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on November 11, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 12, 2005.

///
///
///
///
///
///

---

[1] See attached Declaration of Donna M. Montano.

This is defendant's first request.

Dated: November 4, 2005

                                  IAN M. SAMMIS
                                  Attorney for Plaintiff

                                  KEVIN V. RYAN
                                  United States Attorney

Dated: November 7, 2005        By: _____
                                  SARA WINSLOW
                                  Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 7, 2005                _____
                                  BERNARD ZIMMERMAN
                                  United States

*IT IS SO ORDERED* — Judge Bernard Zimmerman

| | |
|---|---|
| 1 | KEVIN V. RYAN<br>United States Attorney |
| 2 | JOANN M. SWANSON<br>Assistant United States Attorney |
| 3 | Acting Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG A. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 05-02229 BZ<br><br>DECLARATION OF DONNA M. MONTANO IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Donna M. Montano, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. I respectfully request a 30-day extension of time in which to file the Defendant's Cross-motion for Summary Judgment in the above-captioned Social Security case.

3. I am requesting a 30-day extension to file Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on 11/3/05.

                                        /s/
                               Donna M. Montano
                               Assistant Regional Counsel