1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
   1108 Tamalpais Avenue #1
3  San Rafael, CA 94901
   Tel.: 415-457-4200
4

5  Attorney and Plaintiff

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9  DOUG A. HALL,                    )
                                    )
10         Plaintiff,                ) CIVIL No.: C 05-02229  BZ
                                    )
11     vs.                           ) STIPULATION AND ORDER EXTENDING
                                    ) TIME TO FILE PLAINTIFF'S OPPOSITION
12 JO ANNE B. BARNHART,              ) TO DEFENDANT'S CROSS-MOTION FOR
   Commissioner of Social Security,  ) SUMMARY JUDGMENT
13                                   )
           Defendant.                )
14 _____  )

15        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

16 approval of the Court, that Plaintiff Hall may have an extension of about 15 days in which to

17 file his opposition to Defendant's cross-motion for summary judgment. This is Plaintiff's

18 second request and is based on counsel's pleadings drafter's illness. Plaintiff's response is due

19 on January 9, 2006 pursuant to Civil L.R. 16-5.
20
21 /
22
23 /
24
25 /
26
27 /
28
   /

HALL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-02229   BZ

Dated: December 22, 2005

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff


Dated: December    , 2005

___Signed /Sara Winslow_____
SARA WINSLOW
ASSISTANT U.S. Attorney
 And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/03/2006    , ~~2005~~



_____
BERNARD ZIMMERMAN
United States District Magistrate Judge

HALL, EXT.FILE MOTION FOR SUMMARY JUDGMENT
C 05-02229  BZ