IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG A. HALL, | ) |
| Plaintiff, | ) CIVIL No.: C-05-02229 BZ ) |
| vs. | ) STIPULATION AND ORDER ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY ) FEES PURSUANT TO THE EQUAL ) ACCESS TO JUSTICE ACT ) |
| Defendant. | ) |

 The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiffs attorney receive the following payment:

 1. Defendant shall pay FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300.00)[1], pursuant to the Equal access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

IAN M. SAMMIS
1108 TAMALPAIS, # 1
SAN RAFAEL, CA 94901
(415) 457-4200; FAX 457-4297
OR 454-5294; imsammis@pacbell.net

 2. This is a settlement of plaintiffs request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

 3. Payment of the FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300.00)

---

[1] This amount includes costs exclusive of the $150.00 filing fee.

HALL, STIP.EAJA SETTLEMENT
C 05-02229 BZ

EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Respectfully submitted,

Dated: March 20, 2006

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: March        , 2006

___Signed /Donna Mae Montano/_____
DONNA MAE MONTANO
Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March     22nd  , 2006

_____
BERNARD ZIMMERMAN
United States District Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HALL, STIP.EAJA SETTLEMENT
C 05-02229 BZ