1  KEVIN V. RYAN, SBN 118321
United States Attorney
2  JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3  Chief, Civil Division
SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  DOUG A. HALL,                    )
                                     )
13          Plaintiff,                ) CIVIL NO.   05-02229 BZ
                                     )
14          v.                        ) STIPULATION AND ORDER
                                     ) WITHDRAWING BILL OF COSTS
15  JO ANNE B. BARNHART,             )
    Commissioner of Social Security  )
16                                   )
            Defendant.                )
17  _____  )

18      IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  Court, that plaintiff hereby withdraws his Bill of Costs filed on March 20, 2006.

2

3

4  Dated: March 24, 2006                          /s/
                                                IAN M. SAMMIS
5                                               Attorney for Plaintiff

6                                               KEVIN V. RYAN
                                                United States Attorney
7

8

9
   Dated: March 24, 2006              By:        /s/
10                                              SARA WINSLOW
                                                Assistant United States Attorney
11

12
   PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's Bill of Costs is hereby withdrawn.
13

14

15

16
   Dated:  March 28, 2006            _____
17                                   BERNARD ZIMMERMAN
                                     United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28